UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARIS LIZARDOS, *et al.*,

                      Plaintiffs,

-v-

COMMUNITY ALTERNATIVE
SYSTEMS AGENCY (CASA), *et al.*,

                      Defendants.

25-CV-5449 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

      The parties were directed to file a joint status letter by October 10, 2025, apprising the Court of the status of this case. (ECF No. 9.) By November 7, 2025, Plaintiffs shall file a letter indicating whether they intend to proceed with this case and providing the Court with a status of the facts alleged in the Complaint. Failure to file a letter by the ordered date will result in immediate dismissal of the action for lack of prosecution.

      SO ORDERED.

Dated: October 20, 2025
       New York, New York

                                                    J. PAUL OETKEN
                                              United States District Judge